IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BARRY SOLDRIDGE,** : | |
| Petitioner, : | |
| v. : | |
| : | Civ. No. 16-1820 |
| **THE DISTRICT ATTORNEY** : | |
| **OF THE COUNTY OF** : | |
| **NORTHHAMPTON, et al.,** : | |
| Respondents. : | |

### O R D E R

**AND NOW**, this 5th day of October, 2016, upon careful and independent consideration of Barry Soldridge's Petition for Writ of Habeas Corpus (Doc. No. 1), and after review of the Report and Recommendation of Judge Lloret (Doc. No. 11) to which there are no objections, it is hereby **ORDERED** that:

1. The Report and Recommendation (Doc. No. 11) is **APPROVED** and **ADOPTED**.

2. The Petition for Writ of Habeas Corpus (Doc. No. 1) is **DENIED** and **DISMISSED with prejudice**.

3. A certificate of appealability **SHALL NOT** issue because Petitioner has not made a substantial showing of the denial of a constitutional right.

4. The clerk shall mark this case as **CLOSED**.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
**Paul S. Diamond, J.**