**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BARRY SOLDRIDGE,** | : | |
| **Petitioner,** | : | |
| **v.** | : | |
| | : | **Civ. No. 16-1820** |
| **THE DISTRICT ATTORNEY** | : | |
| **OF THE COUNTY OF** | : | |
| **NORTHHAMPTON, et al.,** | : | |
| **Respondents.** | : | |

## O R D E R

**AND NOW**, this 14th day of December, 2017, upon consideration of the Petition for Habeas Relief under 28 U.S.C. § 2254 (Doc. No. 1), the Commonwealth's Answer in Opposition (Doc. No. 6), Petitioner's Reply and Supplemental Documents (Doc. Nos. 9, 10), Judge Lloret's Report and Recommendation (Doc. No. 11), Petitioner's Objections (Doc. No. 15), all other related submissions, and after a complete and independent review of the record, it is hereby **ORDERED** that:

1. Petitioner's Objections (Doc. No. 15) are **OVERRULED**;

2. The Report and Recommendation (Doc. No. 11) is **APPROVED** and **ADOPTED**;

3. The Petition for Writ of Habeas Corpus (Doc. No. 1) is **DENIED** and **DISMISSED**;

4. A Certificate of Appealability shall **NOT ISSUE** under 28 U.S.C. § 2253(C)(1)(A) because Petitioner has not demonstrated that "reasonable jurists"

would find my "assessment of the constitutional claims debatable or wrong."

<u>Slack v. McDaniel</u>, 529 U.S. 473, 484 (2000); and

5.      The Clerk of Court shall **CLOSE** this action.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*

_____

Paul S. Diamond, J.